JOSHUA A. SLIKER, ESQ.
Nevada State Bar No. 12493
CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
chad.butterfield@jacksonlewis.com

*Attorneys for Defendant*
*Nevadenn, Inc. d/b/a Denny's*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA HUNT, AMY SANTOS, FARHAN TARIQ, BRIDGETTE HINES, ANITA VALENZUELA, ANGELA GUAJARDO, KRYSTLE FIGELEY & MIKA SMITH,<br>Plaintiffs,<br>v.<br>NEVADENN, INC. d/b/a DENNY'S & MOHAMMED AZAD MEHDI,<br>Defendants. | Case No. 3:26-cv-00453-MMD-CLB<br>**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br>[ECF No. 12] |

Plaintiffs Jessica Hunt, Amy Santos, Farhan Tariq, Bridgette Hines, Anita Valenzuela, Angela Guajardo, Krystle Figeley, and Mika Smith ("Plaintiffs") and Defendant Nevadenn, Inc. d/b/a Denny's ("Nevadenn") jointly move to extend the deadline for Nevadenn and Defendant Mohammed Azad Mehdi ("Mehdi") to file their respective Answers to Plaintiffs' Complaint by fourteen (14) days. The proposed extension applies only to Answers and not to any motion or other response to Plaintiffs' Complaint.

The requested extension is supported by good cause, as set forth herein. Counsel for Nevadenn has been informed by Nevadenn's insurance carrier that its coverage determination with respect to Mehdi is pending such that it is currently unclear whether counsel for Nevadenn will also

be representing Medhi in this action. The parties therefore request that the responsive pleading deadline be extended by fourteen (14) days due to the pending coverage determination and uncertainty as to whether the scope of the representation will also include Medhi. An extension is further warranted to allow Medhi time to retain separate counsel in the event Nevadenn's insurance carrier determines that it will not afford a defense to Medhi.

Nevadenn's responsive pleading deadline is currently set for July 16, 2026, and Medhi's is set for July 17, 2026. Accordingly, the parties request that Nevadenn's responsive pleading deadline be extended to July 30, 2026, and Medhi's responsive pleading deadline be extended to July 31, 2026.

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 21st day of July, 2026.

LAW OFFICE OF MARK MAUSERT

*/s/ Mark Mausert*
MARK MAUSERT, ESQ.
Nevada Bar No. 2398
SEAN MCDOWELL, ESQ.
Nevada Bar No. 15962
729 Evans Avenue
Reno, NV 89512

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Nevadenn, Inc. d/b/a Denny's*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2026